

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00504-CR

**IN RE** Donell **WALKER**

Original Mandamus Proceeding[1]

**ORDER**

On July 24, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 31, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CR-4546, styled *The State of Texas v. Donell Walker*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Mary Roman and the Honorable Frank J. Castro presiding.